# EXHIBIT A



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VA0002050308
Search Results: Displaying 1 of 1 entries



*[Group registration, Katy Perry honors Hillary Clinton at Kate Hudson's...*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002050308 / 2017-01-20 |
| **Application Title:** | Group registration, Katy Perry honors Hillary Clinton at Kate Hudson's Halloween Party - set number AG_148583 - 9 images, 10/29/2016. |
| **Title:** | [Group registration, Katy Perry honors Hillary Clinton at Kate Hudson's Halloween Party - set number AG_148583 - 9 images, 10/29/2016] |
| **Description:** | Electronic file (eService) |
| **Notes:** | title from appl. |
| **Copyright Claimant:** | AKM-GSI Media, Inc., Transfer: By written agreement. Address: 409 N Pacific Coast Highway, #431, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2016 |
| **Date of Publication:** | 2016-10-29 |
| **Nation of First Publication:** | United States |
| **Alternative Title on Application:** | Group registration of published photographs Katy Perry honors Hillary Clinton at Kate Hudson's Halloween Party - set number AG_148583 - 9 photos pub. Oct. 29, 2016 |
| **Authorship on Application:** | Devone Byrd; Domicile: United States. Authorship: photograph. |
| **Rights and Permissions:** | Maria Buda, AKM-GSI Media, Inc., 409 N Pacific Coast Highway, #431, Redondo Beach, CA, 90277, United States, (917) 242-1505, (310) 798-9111, mbuda@akmgsi.com |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Byrd, Devone |
| | AKM-GSI Media, Inc. |



