## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA, INC.<br><br>PLAINTIFF(S)<br>v.<br><br>KATHERYN HUDSON<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 19-9309 CAS(MRWx)<br><br>**ORDER RETURNING CASE<br>FOR REASSIGNMENT** |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 19-03 .


November 1, 2019                                         *Christina A. Snyder*
Date                                                     United States District Judge

### NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge   Ande Birotte Jr.   for all further proceedings. On all documents subsequently filed in this case, please substitute the initials   AB   after the case number in place of the initials of the prior judge so that the case number will read   2:19-cv-9309 AB(MRWx)  . This is very important because documents are routed to the assigned judge by means of the initials.

cc:  ☐ Previous Judge    ☐ Statistics Clerk

CV-89 (03/19)                       ORDER RETURNING CASE FOR REASSIGNMENT