GREENBERG TRAURIG, LLP
Vincent H. Chieffo (SBN 49069)
*ChieffoV@gtlaw.com*
Breeanna Brewer (SBN 312269)
*BrewerB@gtlaw.com*
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Telephone: 310-586-7700
Facsimile: 310-586-7800

Attorneys for Defendant
Katheryn Hudson p/k/a Katy Perry

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BACKGRID USA INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KATHERYN HUDSON p/k/a KATY PERRY; and DOES 1-10, inclusive,<br><br>Defendant. | Case No.: 2:19-cv-09309-AB-MRWx<br><br>**DECLARATION OF VINCENT H. CHIEFFO IN SUPPORT OF DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND REQUEST FOR JUDICIAL NOTICE**<br><br>[Filed concurrently with Notice of Motion and Motion to Dismiss; Proposed Order; Request for Judicial Notice; Proposed Order]<br><br>Date: March 6, 2019<br>Time: 10:00 a.m.<br>Courtroom: 7B<br><br>Judge: Honorable André Birotte Jr.<br>Action Filed: October 29, 2019 |

ACTIVE 48555672

# DECLARATION OF VINCENT H. CHIEFFO

I, Vincent H. Chieffo, declare:

1. I am a shareholder in the law firm of Greenberg Traurig, LLP ("GT"), counsel of record for Defendant Katheryn Elizabeth Hudson p/k/a Katy Perry ("Defendant"). I am licensed to practice law in the State of California, and I am admitted before this Court. I have personal knowledge of the facts set forth in this Declaration and, if called and sworn as a witness, I could and would testify competently with respect thereto. I submit this Declaration in support of Defendant's Motion to Dismiss Plaintiff's Complaint and Request For Judicial Notice.

2. Attached hereto as **Exhibit 1** a true and correct copy of relevant correspondence with the United States copyright Office and the deposit copy of the nine photographs submitted to the United States Copyright Office that are included in the group registration entitled, "Katy Perry honors Hillary Clinton at Kate Hudson's Halloween Party," registration number VA0002050308.. I was provided these documents in April 2017 by Jon Nicolini of Okularity.com and understand that Mr. Nicolini in sending Exhibit 1 to me was acting on behalf of the copyright claimant identified on that registration, AKM-GSI Media, Inc.

3. Attached hereto as **Exhibit 2** True and correct copy (accessed today) of the most current business entity search result from the California Secretary of State website (available at https://businesssearch.sos.ca.gov) for the entity entitled AKM-GSI Media, Inc. (Entity No. C2529857), which is currently active.

4. Attached hereto as **Exhibit 3** True and correct copy (accessed today) of the most current business entity search result from the California Secretary of State website

//
//

1

ACTIVE48555672

(available at https://businesssearch.sos.ca.gov) for the entity entitled BackGrid USA, Inc. (Entity No. C4020673), which is currently active.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct and that this Declaration was executed on February 3, 2020 at Los Angeles, California.

                              */s/ Vincent H. Chieffo*
                              Vincent H. Chieffo

Exhibit 1

Exhibit 1





**Exhibit 1 Page 3**

**Subject:** Confirmation of Receipt
**From:** "Copyright Office" <noreply@loc.gov>
**Date:** 1/20/2017 9:56 AM
**To:** jon@okularity.com

THIS IS AN AUTOMATED EMAIL - PLEASE DO NOT REPLY.

Your Application and payment for the work Group registration, Katy Perry honors Hillary Clinton at Kate Hudson's Halloween Party - set number AG_148583 - 9 images, 10/29/2016 were received by the U.S.Copyright Office on 1/20/2017.

PLEASE NOTE:  Your submission is not complete until you upload or mail the material you are registering. To do so, logon to https://eco.copyright.gov/eService_enu/ and click on case number 1-4361963292 in the Open Cases table. Follow the instructions to either upload a digital copy or mail a physical copy (with shipping slip attached) of the work being registered. Additional instructions and requirements for submitting the material being registered can be found at http://www.copyright.gov/eco/tips/.

SHIPPING SLIPS:  If you mail physical copies of the material being registered, the effective date of registration will be based on the date on which we receive the copies WITH CORRESPONDING SHIPPING SLIPS ATTACHED.

A printable copy of the application will be available within 24 hours by clicking the My Applications link in the left top most navigation menu of the Home screen.

You may check the status of this claim via eCO using this number 1-4361963292. If you have questions or need assistance, Copyright Office contact information can be found at http://www.copyright.gov/help/index.html#general.

United States Copyright Office

Exhibit  1  Page 4

1 of 1                                                                                                                8/24/2017 3:11 PM

**Subject:** Acknowledgement of Uploaded Deposit
**From:** "Copyright Office" <cop-rc@loc.gov>
**Date:** 1/20/2017 10:26 AM
**To:** jon@okularity.com

```
THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT REPLY.

Thank you for submitting your registration claim using the Electronic Copyright Office
(ECO) System.

 The following files were successfully uploaded for service request 1-4361963292

File Name :ag_148583.pdf
File Size :1550852 KB
Date/Time :1/20/2017 1:06:25 PM


[THREAD ID: 1-2051AX3]

United States Copyright Office
```

**Exhibit 1   Page 5**

**Subject:** 1-4361963292 Group registration, Katy Perry honors Hillary Clinton at Kate Hudson's Halloween Party - set number
**From:** "Copyright Office" <cop-ad@loc.gov>
**Date:** 6/6/2017 11:19 AM
**To:** jon@okularity.com

```
Dear Jon Nicolini:

I amended the ALT: Group registration of published photographs Katy Perry honors Hillary
Clinton at Kate Hudson's Halloween Party - set number AG_148583 - 9 photos pub. Oct. 29,
2016 and registered the claim.


Sincerely,
Examiner Jones
Visual Arts Division
U.S. Copyright Office




When replying to this email, please include the following thread id (entire line) within
the body of your response to expedite routing to the correct office.

[THREAD ID:1-2G48GQ8]
```

**Exhibit 1  Page 6**

Exhibit 2

Exhibit 2

**Alex Padilla**
**California Secretary of State**

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Sunday, February 2, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

### C2529857    AKM-GSI MEDIA, INC.

| | |
|---|---|
| **Registration Date:** | 12/04/2003 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | STEVEN L GINSBURG |
| | 5219 MELVIN AVENEU |
| | TARZANA CA 91356 |
| **Entity Address:** | 5219 MELVIN AVENUE |
| | TARZANA CA 91356 |
| **Entity Mailing Address:** | 409 N. PACIFIC COAST HIGHWAY, #431 |
| | REDONDO BEACH CA 90277 |

A Statement of Information is due EVERY year beginning five months before and through the end of December.

| Document Type | File Date | PDF |
|---|---|---|
| SI-NO CHANGE | 12/16/2019 | |
| SI-COMPLETE | 10/30/2015 | |
| AMENDMENT | 06/06/2014 | |
| REGISTRATION | 12/04/2003 | |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.

Exhibit 2  Page 7

- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

[Modify Search]   [New Search]   [Back to Search Results]

**Exhibit 2  Page 8**

Exhibit 3

Exhibit 3

**Alex Padilla**
**California Secretary of State**



# Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Sunday, February 2, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C4020673    BACKGRID USA, INC.

| | |
|---|---|
| **Registration Date:** | 05/05/2017 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | STEVEN GINSBURG |
| | 700 N. PACIFIC COAST HIGHWAY, SUITE 200 |
| | REDONDO BEACH CA 90277 |
| **Entity Address:** | 700 N. PACIFIC COAST HIGHWAY, SUITE 200 |
| | REDONDO BEACH CA 90277 |
| **Entity Mailing Address:** | 700 N. PACIFIC COAST HIGHWAY, SUITE 200 |
| | REDONDO BEACH CA 90277 |

A Statement of Information is due EVERY year beginning five months before and through the end of May.

| Document Type | File Date | PDF |
|---|---|---|
| SI-NO CHANGE | 03/07/2019 | |
| SI-COMPLETE | 06/08/2017 | |
| REGISTRATION | 05/05/2017 | |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

Exhibit 3   Page 9

Modify Search    New Search    Back to Search Results

Exhibit 3    Page 10