# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No.: | CV 19-09309 AB (MRWx) | Date: | March 17, 2020 |

**Title:** *BackGrid USA, Inc. v. Katheryn Hudson*

**Present: The Honorable   ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Appearing | None Appearing |

**Proceedings:**   [In Chambers] ORDER <u>DENYING</u> MOTION TO DISMISS

Before the Court is Defendant Katheryin Hudson's ("Defendant") Motion to Dismiss ("Motion," Dkt. No. 16). Plaintiff Backgrid USA, Inc. ("Plaintiff") filed an opposition and Defendant filed a reply. The Court heard oral argument on March 6, 2020. The Motion is **<u>DENIED</u>**.

Defendant's Motion argues that the Complaint should be dismissed on numerous bases. After considering the parties' arguments, their responses at oral argument, and the Court's own legal research, the Court finds that the motion turns on factual issues that are simply not appropriate for resolution on a motion to dismiss. The Motion is therefore **<u>DENIED</u>**.

The Court **<u>urges</u>** the parties in the strongest possible terms to use their best efforts to resolve this case instead of incurring additional legal fees and causing the Court to expend its limited resources on this limited dispute. The parties are **<u>ORDERED</u>** to file a Joint Status Report re: Settlement by May 29, 2020.

   **IT IS SO ORDERED**.